UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br><br>Plaintiff,<br><br>v.<br><br>C. STANLEY, et al.,<br><br>Defendants. | Case No.  1:12-cv-1755-AWI-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY**<br><br>**(ECF No. 39)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. (ECF Nos. 1 & 4.) The action proceeds against Defendants Lindsey, Nickell, Stanley, and John Doe on Plaintiff's Eighth Amendment conditions of confinement claim. (ECF Nos. 6 & 8.) Defendants Lindsey, Nickell, and Stanley were served and have appeared in the action. (ECF Nos. 12 & 15.) Defendant Doe has not been identified.

On March 24, 2014, Plaintiff filed a motion to compel a further response to his request for admissions. (ECF No. 22.) On August 5, 2014, Defendants filed a motion for summary judgment. On September 5, 2014, Plaintiff filed a motion to reopen discovery

1 and for an extension of time to oppose the summary judgment motion. (ECF No. 28.)

2 The Court ruled on Plaintiff's discovery motions on February 2, 2015, and afforded Plaintiff until February 25, 2015 to file his opposition to the summary judgment motion. (ECF No. 37.)

Before the Court is Plaintiff's February 9, 2015, motion to compel the discovery addressed in the Court's February 2, 2015 order. (ECF No. 39.) Plaintiff's motion is dated February 2, 2015, the same date as the Court's order. Plaintiff presumably did not receive the Court's order prior to filing his request.

As stated, the Court has ruled on these discovery requests. (ECF No. 37.) Plaintiff provides no basis for reconsideration of the Court's prior order. See Fed. R. Civ. P. 60(b); Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co., 571 F.3d 873, 880 (9th Cir. 2009). Accordingly, Plaintiff's February 9, 2015 motion to compel discovery (ECF No. 39) is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   February 13, 2015          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE